**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6933

ROBERT LEE NEALY,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; JOHN J. LAMANNA,
Warden at FCI Edgefield,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(8:05-cv-02933-RBH)

Submitted:  October 18, 2007          Decided:  October 25, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Nealy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Nealy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nealy v. United States</u>, No. 8:05-cv-2933-RBH, 2007 WL 1290262 (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>